Edwin I. Aimufua, Esq., SBN: 186986
LAW OFFICES OF EDWIN I. AIMUFUA
17000 Ventura Blvd, Suite 201
Encino, California 91316
(818) 855-1118 (Telephone)
(818) 855-1101 (Facsimile)
eia@aimufualaw.com

*Attorneys for Plaintiffs and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE HANSEN, on behalf of herself and all others similarly situated; JENNIFER OH, on behalf of herself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>SCRAM OF CALIFORNIA, INC., a California Corporation; ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-01474-CAS-(PLAx)<br><br>[Hon. Christina A. Snyder]<br><br>**PLAINTIFFS NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)** |

1      Pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure*, the said Plaintiffs, and the proposed class, hereby dismisses this entire action ***without prejudice*** as to each and all Defendants, Scram of California, Inc., et al. Each party to bear their own costs and fees.

     This dismissal does not constitute an adjudication on the merits. Plaintiffs have determined that this action should have been brought in the Arapahoe County Superior Court of Colorado. Therefore, this action is requested by the Plaintiffs that this action be dismissed by Plaintiffs, and the class without prejudice.

Dated:  September 24, 2017        By: /S/ Edwin I. Aimufua, Esq._____
                                             Edwin I. Aimufua, Esq., SBN: 186986
                                             LAW OFFICES OF EDWIN I. AIMUFUA
                                             17000 Ventura Blvd, Suite 201
                                             Encino, California 91316
                                             (818) 855-1118 (Telephone)
                                             (818) 855-1101 (Facsimile)

                                             *Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2017, I electronically filed the foregoing document with the United States District Court by using the CM/ECF system.

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: September 24, 2017

By: /S/ Edwin I. Aimufua, Esq.
Edwin I. Aimufua, Esq., SBN: 186986
LAW OFFICES OF EDWIN I. AIMUFUA
17000 Ventura Blvd, Suite # 201
Encino, California 91316
(818) 855-1118 (Telephone)
(818) 855-1101 (Facsimile)

*Attorneys for Plaintiffs and the Putative Class*

3