UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV17-1474-CAS(PLAx) | Date | September 26, 2017 |
|---|---|---|---|
| Title | *ROSEANNE HANSEN ; ET AL. v. SCRAM OF CALIFORNIA, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1) (Filed 09/24/2017)[66]

The Court is in receipt of plaintiffs' Notice of Dismissal[66] filed September 24, 2017. No Proposed Order was submitted. The Court hereby grants plaintiffs' request to dismiss the above-entitled action, without prejudice. Each party to bear their own costs and fees. All dates are hereby vacated and the action is hereby ordered closed.

00 : 00

Initials of Preparer  CMJ